JERRY RODRIGUEZ *v.* COMMISSIONER
OF CORRECTION
(AC 32517)

DiPentima, C. J., and Robinson and Peters, Js.

Argued September 13—officially released October 16, 2012

Per Curiam. The appeal is dismissed.

MICHAEL DARCY *v.* PETURA R. BILLIE
(AC 33750)
(AC 34180)

Lavine, Sheldon and Mihalakos, Js.

Argued September 25—officially released October 16, 2012

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting new law days.